SCPW-20-0000469

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF
JOSHUA PULLIAM, Petitioner.

---

ORIGINAL PROCEEDING
(CR. NO. 1CPC-19-0001279)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ochiai, assigned by reason of vacancy)

Upon consideration of petitioner Joshua Pulliam's petition for writ of habeas corpus, filed on July 22, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. <u>See</u> <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, August 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dean E. Ochiai

